| AO 10* Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Cassady, William E. | 2. Court or Organization U.S.D.C. S.D. Alabama | 3. Date of Report 08/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge - Full | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
155 Saint Joseph Street
Rm. 350
Mobile, Alabama 36602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Legislatgive Committee | Federal Magistrate Judges Association |
| 2. | Manager | Cassady Farms, LLC |
| 3. | Manager | Southbury Condo, LLC |
| 4. | Director At-Large | Federal Magistrate Judges Association |
| 5. | Retired/Recalled Magistrate Judges Committee | Federal Magistrate Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 08/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 09/13/2017 - 09/15/2017 | Washington DC | FMJA Committee Meeting | Lodging, travel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 08/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 08/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin/Templeton World Fund CL A (TEMWX) IRA | D | Dividend | M | T | | | | | |
| 2. Franklin Income Fund CL A (FKINX) | D | Dividend | M | T | | | | | |
| 3. The Southern Company - DSPP-COMMON STOCK | B | Dividend | K | T | | | | | |
| 4. Vanguard Mutual Funds IRA | | | | | | | | | |
| 5. - Balanced Index Fund Admiral Shares (VBINX) | C | Dividend | L | T | | | | | |
| 6. - STAR Fund (VGSTX) | B | Dividend | M | T | | | | | |
| 7. Vanguard Mutual Funds (non-IRA) | | | | | | | | | |
| 8. -Balanced Index Fund (VBIAX) | C | Dividend | M | T | | | | | |
| 9. -Short Term Tax-Exempt Inv 0041 (VWSTX) | A | Dividend | K | T | Buy | 11/06/17 | K | | |
| 10. -Wellesley Income Fund Adm (VWIAX) | B | Dividend | L | T | Buy | 04/21/17 | K | | See Note 3, Part VIII |
| 11. Rental Property - Jefferson Co., B'ham, AL (Southbury, LLC) | D | Rent | L | W | | | | | See Note 4, Part VIII |
| 12. Butler Co, AL land (Apr. 4/14/10) (Cassady Farms, LLC) | A | Rent | N | Q | | | | | |
| 13. House & lot, Greenville, Butler Co.,AL (Apr. 4/4/10)(Cassady Farms) | D | Rent | K | Q | | | | | |
| 14. Common Stock, Town & Country National Bank | E | Dividend | M | U | | | | | |
| 15. Participating Units - Cassady Farms, LLC | | None | N | T | | | | | |
| 16. Participating Units - Southbury Condo, LLC | D | Rent | L | V | | | | | |
| 17. Brokerage Account #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 08/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Bank Deposit Sweep Account-Wells Fargo Advisors, LLC | | None | J | T | | | | | |
| 19. -OPEN END MUTUAL FUNDS | | | | | | | | | |
| 20. --American Centy Mun TR Intermediate Term Tax Free BD FD CL 1 (AXBIX) | A | Dividend | K | T | Buy | 10/19/17 | K | | |
| 21. --Baird Funds Inc Inter Mun Bond Fund Instl CL 1 (BMBIX) | A | Dividend | J | T | Buy | 10/19/17 | J | | |
| 22. --Franklin Tax Free TR Fed Interm Term Advisor CL (FITZX) | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 23. | | | | | Sold | 10/19/17 | K | A | |
| 24. --Nuveen Mun Trust Inter Duration Mun Bd Fd CL 1 (NUVBX) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 25. | | | | | Sold (part) | 10/19/17 | J | A | |
| 26. --T Rowe Price Summit Mun Fds Inc - Mun Inter Fd (PRSMX) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 27. --T Rowe Price Tax Free Shrt Intermediate Fund (PRFSX) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 28. --T Rowe Price Summit Mun FDS INC Mun INC FD (PRINX) | A | Dividend | J | T | | | | | |
| 29. --T Rowe Price real est Fund Inc (TRREX) | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 30. --Thornburg Invt Tr Ltd Ter Mun Fd Cl 1 (LTMIX) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | B | |
| 31. --American Europacific Growth FU CL F2 (AEPFX) | A | Dividend | J | T | | | | | |
| 32. --American Cap World Bd Class F2 (BFWFX) | A | Dividend | J | T | | | | | |
| 33. --GOLDMAN SACHS TR FINL Square Treas Instrs FD Inst CL (FTIXX) | A | Distribution | J | T | Sold (part) | 04/13/17 | J | A | |
| 34. | | | | | Sold (part) | 07/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 08/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 36. | | | | | Sold (part) | 10/13/17 | J | A | |
| 37. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 38. --MFS SER TR III MUNICIPAL HIGH INCOME FD CL I (MMIIX) | A | Dividend | J | T | | | | | |
| 39. --MFS Ser Tr I Value Fd Cl I (MEIIX) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 40. --MFS Ser Tr X Emerging Mkts Debt Fd Class I (MEDIX) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 41. --Brookfield Invt Funds Global Listed Real Estate Fd Cl Y (BLRYX) | A | Dividend | J | T | Sold (part) | 08/29/17 | J | A | |
| 42. --Principal FDS Inc Midcap Fund Instl Class (PCBIX) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 43. --Oppenheimer Intl Bond Fund Cl A (OIBAX) | A | Dividend | J | T | | | | | |
| 44. --Templeton Income TR GLB BD Advisor Class (TGBAX) | | | | | | | | | See Note 5, Part VIII |
| 45. -EQUITY TRUSTS | | | | | | | | | |
| 46. --First Trust Tax Advantaged Municipal C/E Port Ser 50 Rein | A | Dividend | K | T | Buy | 04/19/17 | J | | |
| 47. | | | | | Buy (add'l) | 04/27/17 | K | | |
| 48. --First Trust Tax Advantaged Municipal C-E Portfolio Ser 52 R | A | Distribution | J | T | Buy | 10/25/17 | J | | |
| 49. --Guggenheim Zacks Income Advantage Strategy PRT (2 yr) 14 R | A | Dividend | | | Redeemed | 11/17/17 | K | A | |
| 50. --FIRST TRUST TARGET GLBAL DVD LEADERS 2Q' 16 TERM 7 REINVEST | A | Dividend | | | Redeemed | 01/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. --FIRST TRUST MUNICIPAL INCOME SELECT CLOSED-END PRT SER 75 REIN | B | Interest | K | T | | | | | |
| 52. --FIRST TRUST 60/40 STRATEGIC ALLCTN PORT 3Q TERM 10/17/17 R | A | Dividend | | | Redeemed | 10/19/17 | J | A | |
| 53. --FIRST TRUST PREFERRED INCOME PORTFOLIO SERIES 85 R | B | Distribution | K | T | | | | | |
| 54. --First Trust Municipal Income Select Closed End Port Ser 86 R | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 55. --FIRST TRUST MUNICIPAL INC. SELECT C/E PORT SER 80 REIN | A | Dividend | J | T | | | | | |
| 56. --FIRST TRUST ENERGY SELECT PORTFOLIO SER 61 REINVEST | A | Dividend | J | T | | | | | |
| 57. --Guggenheim Balanced Income Builder Portfolio Ser 21 Rein | A | Dividend | K | T | Buy | 11/21/17 | K | | |
| 58. -CLOSED END MUTUAL FUNDS | | | | | | | | | |
| 59. --Liberty All-Star Equity Fund (USA) | A | Dividend | J | T | | | | | |
| 60. --First Trust Dynamic Europe Equity Income Fd (FDEU) | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 61. | | | | | Sold (part) | 04/19/17 | J | A | |
| 62. | | | | | Sold | 06/22/17 | J | A | |
| 63. -VARIABLE ANNUITIES | | | | | | | | | |
| 64. --Jackson Natl Life Ins Co Perspective II 04/14 Variable Annuity | B | Dividend | M | T | | | | | |
| 65. The Ohio National Life Ins. Co. Annuity - Fixed Rate | C | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - Personal Information.
Since my last report my address has changed due to the building of a new courthouse in my District. My new address, including new room number, is reflected in this Report. In addition, I retired on March 11, 2017. I now serve as a recalled Magistrate Judge.

Note 2 - Part I, Lines 4 & 5.
My term as a member of the Litigation Committee of the Federal Magistrate Judges Association has expired. I was elected as a Director At-Large of the Federal Magistrate Judges Association during its annual meeting in July 2017. I also serve on the Retired/Recalled Magistrate Judges Committee of the FMJA since my appointment in 2017.

Note 3 - Part VII, Investments, Lines 9 & 10.
Two Vanguard Funds were purchased in 2017, the Short-Term Tax Free Investment Fund reported on Line 9 and the Wellesley Income Fund Adm reported on line 10.

Note 4 - Part VII, Investments, Line 11.
The rental income from this property is reported on Line 16.

Note 5 - Part VII Investments, Line 44.
The 2016 Report was inaccurate when it reflected only a partial sell of this fund. All shares in this fund were sold on 08/23/16.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William E. Cassady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544